## **INDEX OF EXHIBITS**

**EXHIBIT 1**     **PLAINTIFF'S COMPLAINT AND JURY DEMAND**

**EXHIBIT 2**     **ARGUS-PRESS NEWS ARTICLE**

**EXHIBIT 3**     **AFFIDAVIT OF PLAINTIFF'S COUNSEL**