# INDEX OF EXHIBITS

**EXHIBIT 1**      **LETTERS OF CONSERVATORSHIP**