# EXHIBIT 1

Approved, SCAO

JIS CODE: LET

| STATE OF MICHIGAN PROBATE COURT COUNTY OF Shiawassee | LETTERS OF CONSERVATORSHIP | FILE NO. 20-38964-CA |
|---|---|---|

Estate of  Mark Latunski

TO:

| Name and address | Conservator's telephone no. |
|---|---|
| Paul Latunski 103 E. Tyrrell Road Morrice, MI  48857 | 517-512-1641 |

You have been appointed ☐ limited conservator ☑ conservator of the estate and are granted power to take possession, collect, preserve, manage, and dispose of property of the estate according to law and to perform all acts permitted or required by statute, court rule, and orders of this court unless limited below.

☑ The conservator shall have authority with respect to all assets of the estate.
☐ Real estate or ownership interest in a business entity is excluded from your responsibilities in your acceptance of appointment.
☐ The conservator shall have authority with respect to the following assets only:

Restrictions:
The conservator shall not sell or otherwise dispose of the protected individual's principal dwelling, real property or interest in real property, or mortgage, pledge, or cause a lien to be placed on any such property without a prior order of approval.

5/27/2020
Date

Judge   Thomas Dignan     P42382
Bar no.

Attorney name (type or print)     Bar no.

Address

City, state, zip     Telephone no.

SEE NOTICE OF DUTIES ON SECOND PAGE

I certify that I have compared this copy with the original on file and that it is a correct copy of the original, and on this date, these letters are in full force and effect.

Date     Deputy probate register

USE NOTE: If this form is being filed in the circuit court family division, please enter the court name and county in the upper left-hand corner of the form.

Do not write below this line - For court use only

F I L E D
MAY 2 7 2020
Probate Register
AMANDA SHATTUCK

PC 645  (9/12)  LETTERS OF CONSERVATORSHIP

MCL 700.5412, MCL 700.5417, MCL 700.5418, MCL 700.5423, MCL 700.5427, MCR 5.202, MCR 5.203, MCR 5.205, MCR 5.409

NOTICE TO CONSERVATOR OF CERTAIN DUTIES

AS REQUIRED BY LAW AND MICHIGAN COURT RULES, YOU ARE NOTIFIED:

You are required to file with this court the following written reports using the indicated form(s) at the indicated times. Forms are available at the court.

**INVENTORY:** As the conservator, you are required by law to prepare an inventory of the assets of the estate that you have been given authority over within 56 days from the date of your appointment. You must also provide a copy of the inventory to the protected individual if the individual can be located and if the minor is 14 years of age or older and to interested persons as specified in the Michigan Court Rules. You must also provide the name and address of each financial institution listed on your inventory at the time the inventory is presented to the court. The address for a financial institution shall be either that of the institution's main headquarters or the branch used most frequently by the conservator. (May use form PC 674, "Inventory, Conservatorship.")

**ACCOUNTS:** As the conservator, you must file an annual account unless otherwise ordered by the court. An accounting must be filed within 56 days after the end of the accounting period. The accounting period ends on the anniversary date of the issuance of the letters of authority, unless the conservator selects another accounting period or unless the court orders otherwise. If you select another accounting period, notice of that selection shall be filed with the court. The accounting period may be a calendar year or a fiscal year ending on the last day of a month. You may use the same accounting period as that used for income tax reporting, and the first accounting period may be less than a year but not longer than a year. On filing, the account may be set for hearing or the hearing may be deferred to a later time. Unless otherwise ordered by the court, no accounting is required in a minor conservatorship where the assets are restricted or in a conservatorship where no assets have been received by the conservator. (Use form PC 583, PC 584, or PC 648, "Account.")

In addition, you must provide a copy of the account to the protected individual if the individual can be located and is 14 years of age or older, and to interested persons as specified in the Michigan Court Rules.

**CHANGE OF ADDRESS:** You are required to keep the court and interested persons informed in writing within 7 days of any change in your address.

**DEATH OF PROTECTED INDIVIDUAL:** If the protected individual dies during the conservatorship, you must give written notification to the court within 14 days of the individual's date of death. If accounts are required to be filed with the court, a final account must be filed within 56 days of the date of death.

**The inventory and all accounts must be served on the required persons at the same time they are filed with the court. After serving the required persons, you must promptly file a proof of service with the court.**

ATTENTION: **The above provisions are <u>reporting</u> duties only and are not the only duties required of you.** See MCL 700.5416 through 700.5433 for other duties of the conservator. Your failure to comply with the above reporting duties may require the court to appoint a special fiduciary in your place and to suspend your powers. This may result in your removal as fiduciary. The court is prohibited by statute from giving you legal advice.

**KEEP THIS NOTICE FOR FUTURE REFERENCE**