# INDEX OF EXHIBITS

**EXHIBIT 1**      **LETTERS OF CONSERVATORSHIP**

**EXHIBIT 2**      **PLAINTIFF'S FIRST AMENDED COMPLAINT & JURY DEMAND**

**EXHIBIT 3**      **PROPOSED ORDER**