## PLAINTIFF'S INDEX OF EXHIBITS

**Exhibit 1**    **Mark Latunski Deposition Transcript**

**Exhibit 2**    **Subpoena**

MARKOLAW.COM

1300 BROADWAY ST. | 5TH FLOOR
DETROIT, MI 48226

P: (313) 777-7LAW
F: (313) 771-5785

MARKO LAW